IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JERRY WAYNE KING, ID #08004221**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:08-CV-1405-L** |
| | § | |
| **ARTHUR FOREST, et al.**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court are the Findings, Conclusions and Recommendations of the United States Magistrate Judge, filed October 20, 2008. Plaintiff did not file objections.

Plaintiff is proceeding *pro se* and *in forma pauperis*. He has asserted claims pursuant to 42 U.S.C. § 1983 against Defendant Arthur Forest ("Forest"), John Doe #1 (a Dallas County Fire Investigator), a Dallas County Grand Jury, the Dallas County District Attorney's Office; and public defender Reginald Self ("Self"). The magistrate judge recommends dismissing Plaintiff's claims with prejudice against Forest, the Dallas County Grand Jury, The Dallas County District Attorney's Office, and Self pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b) for failure to state a claim upon which relief may be granted and for seeking monetary relief against Defendants who are immune from such relief. The magistrate judge also recommends dismissing Plaintiff's claims against the unidentified Dallas County Fire Investigator without prejudice for lack of personal jurisdiction.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court therefore **dismisses with prejudice** Plaintiff's claims against Forest, the Dallas County Grand Jury,

**Order– Page 1**

The Dallas County District Attorney's Office, and Self pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b) and **dismisses without prejudice** Plaintiff's claims against the unidentified Dallas County Fire Investigator for lack of personal jurisdiction.

**It is so ordered** this 14th day of November, 2008.

Sam A. Lindsay
United States District Judge